RECEIVED
IN LAKE CHARLES, LA

FEB - 6 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO.: 2:98CR20058-01 |
| VERSUS | JUDGE MINALDI |
| COREY LYNDELL BLOUNT | MAG. JUDGE WILSON |

### CERTIFICATE OF APPEALABILITY

A final order having been filed in the above-captioned habeas case, the court, considering the record in this case and the requirements of 28 U.S.C. § 2253, hereby finds that:

✓ The certificate of appealability is DENIED because the applicant has failed to demonstrate a substantial showing of the denial of a constitutional right.

___ The certificate of appealability is GRANTED for the below reasons:

The applicant has made a substantial showing that the following issues constitute a denial of a constitutional right:

Signed at Lake Charles, Louisiana, this ___6___ day of ___Feb___, 2006

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE