RECEIVED
IN ALEXANDRIA, LA
SEP 22 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

98 CR 20058

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | DOCKET NO. 09-CR-20058 |
| VS. | : | JUDGE TRIMBLE |
| JOHNNY GREEN AND COREY BLOUNT | : | MAGISTRATE JUDGE WILSON |

## ORDER

Before the Court is a "Request for Witheld [sic] Discovery in Petitioner's Case" (doc. #818) filed by petitioner, Johnny Green in Criminal Action No. 98-CR-20058-06, and "Request for Withheld Discovery in Petitioner's Case" (doc. #817) filed by petitioner, Corey Blount in Criminal Action No. 98-CR-20058-01. In these motions, Petitioners allege that certain 5k1 motions were filed in the record of Case No. **96-CR-20058**, specifically docs. # 174, 179, 205, 213, 359, 360, 373 378, 413, 423, and 528 and withheld from Petitioners during their trial. Petitioners request that these motions be provided to them as well as the entire docket to Case No. **96-CR-20058** to determine if there are additional motions filed in this case and withheld from Petitioners. Accordingly,

**IT IS ORDERED** that the Assistant United States Attorney, Christina Walker respond as to the merits of Petitioners' requests within 20 days of the date of this order.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 22nd day of September, 2006.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE