RECEIVED
IN ALEXANDRIA, LA
MAY 14 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | DOCKET NO. 98-20058-001 |
| VS. | : | JUDGE TRIMBLE |
| COREY LYNDELL BLOUNT | : | MAGISTRATE JUDGE WILSON |

## ORDER

Before the court is a "Motion for Relief from Judgment Pursuant to Federal Rules of Civil Procedure 60 (b) (5)" (doc. #837) filed by defendant, Corey Lyndell Blount. Defendant seeks relief under Federal Rule of Civil Procedure 60(b) which provides relief from final judgment. On November 16, 2005, Defendant filed an almost identical Rule 60(b) motion[1] concerning the court's judgment that denied Defendant's motion to vacate and set aside judgment.[2] By Memorandum ruling and Judgment dated January 20, 2006, the Court determined that Defendant's latter motion was a successive § 2255 motion and transferred the motion to the Fifth Circuit for a determination of whether authorization to file the successive § 2255 motion would be granted.[3] On June 16, 2006, the Fifth Circuit dismissed the appeal.[4]

The current motion is yet another successive § 2255 motion which addresses the exact same

---

[1] See doc. #758.

[2] See docs. #670 and 671.

[3] See docs. #765 and 766. See also Defendant's first motion to set aside or vacate sentence under 28 U.S.C. 2255 (doc. #638).

[4] See doc. #807.

issues Defendant raised in the prior motions. Accordingly, it is

ORDERED that the motion is hereby **DENIED.**

IT IS FURTHER ORDERED that Defendant, Corey Lyndell Blount, shall be required to seek leave of Court before any further motions in the instant matter are filed.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 14th day of May, 2007.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE